

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

February 15, 2011

The Honorable Gregory M. Sleet
USDC for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re: *King Pharmaceuticals, Inc., et al. v. Intelliject, Inc.,* C.A. No. 11-065 BMS

Your Honor:

      This letter is written on behalf of King Pharmaceuticals, Inc. and Meridian Medical Technologies, Inc. ("Plaintiffs") in response to Defendant Intelliject Inc.'s letter dated February 10, 2011 (D.I. 10). Intelliject's letter does not address or even mention that the above-captioned case presently pending before Judge Shiller is related to the pending case captioned *King Pharmaceuticals, Inc. et al. v. Teva Parenteral Medicines, Inc., et al.*, CA No. 09-652 GMS because both cases involve the same patent, U.S. Patent No. 7,794,432. While defendants' accused products are not physically identical, they are the same for purposes of the matters being related cases because many of the patent claim terms will read on the accused products in the same manner. As a result, there will be overlapping discovery and claim construction issues. Before a status conference is held, Plaintiffs intend to file in the *King v. Intelliject* action, CA No. 11-065 BMS, a motion to consolidate these cases for purposes of claim construction.

      Respectfully,

      Richard K. Herrmann (I.D. #405)
      rherrmann@morrisjames.com

cc: The Honorable Berle M. Shiller (via efiling and Federal Express)
    All counsel (via efiling and email)